UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROBERTO S. CASTILLEJA, | ) | NO. CV-06-3009-MWL |
| | ) | |
| | ) | ORDER GRANTING VOLUNTARY |
| Plaintiff, | ) | DISMISSAL WITH PREJUDICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' notice of stipulated dismissal. (Ct. Rec. 9). Attorney Thomas Bothwell represents Plaintiff; Assistant United States Attorney Pamela J. De Rusha and Special Assistant United States Attorney Leisa A. Wolf represent Defendant. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 2).

On July 24, 2006, the parties, through their respective counsel, stipulated that the above entitled matter be dismissed with prejudice. (Ct. Rec. 9). Pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a)(1)(ii) and good cause appearing therefor, **IT IS ORDERED:**

1. The Court **GRANTS** the parties' notice of stipulated dismissal. (**Ct. Rec. 9**).

1

2.   The action is **DISMISSED** with prejudice.

3.   The Clerk of the Court is directed to file this Order and provide a copy to counsel for Plaintiff and Defendant.  The file shall be **CLOSED.**

DATED this ___24th___ day of July, 2006.

                                          S/ Michael W. Leavitt
                                            MICHAEL W. LEAVITT
                                  UNITED STATES MAGISTRATE JUDGE